**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.    Bar #: 200424
David C. Wakefield, Esq.       Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK,** An Individual,<br>                    Plaintiffs,<br>    v.<br><br>**WESTERN MOWER & ENGINE, INC.; BRANNON FAMILY LIMITED PARTNERSHIP; And DOES 1 THROUGH 10, Inclusive**<br>                    Defendants. | Case No.:  06cv2228 JM (POR)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS COMPLAINT IN ITS ENTIRETY<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED,** pursuant to the Joint Motion For Dismissal With Prejudice on file herein, that ALL Defendants and Plaintiffs' Complaint in its entirety  are dismissed with prejudice**.**

**IT IS SO ORDERED.**

Dated: March 6, 2007

_____
HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT COURT JUDGE

: 06cv2228 JM (POR)